UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Communications Supply Corporation,

        Plaintiff(s),

v.

Philadelphia Indemnity Insurance Co., et al.,

        Defendant(s).
_____/

Case No. 17-cv-11200

Judge

Magistrate Judge Anthony P. Patti

**NOTICE OF CORRECTION**

Docket entry number __22__, filed __10/23/2017__, has been modified. The explanation for the correction is stated below.

- [ ] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [ ] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed to include the Partial Payment Order.
- [x] Other: Entered by wrong judicial officer. This case was referred to Magistrate Judge Patti to conduct all proceedings.

If you need further clarification or assistance, please contact __Holly Monda__ at __(810) 341-9764__.

DAVID J. WEAVER, CLERK OF COURT

Dated: __October 23, 2017__

s/Holly A. Monda
Deputy Clerk