UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COMMUNICATIONS SUPPLY
CORPORATION,

        Plaintiff,                       Case No. 17-cv-11200
                                              Hon. Matthew F. Leitman

v.

PHILADELPHIA INDEMNITY
INSURANCE COMPANY, et al.,

        Defendants.

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal by Plaintiff, this case is
DISMISSED without prejudice.

**IT IS SO ORDERED.**

                             s/Matthew F. Leitman
                             MATTHEW F. LEITMAN
                             UNITED STATES DISTRICT JUDGE

Dated:  December 14, 2017

I hereby certify that a copy of the foregoing document was served upon the parties
and/or counsel of record on December 14, 2017, by electronic means and/or ordinary
mail.

                             s/Holly A. Monda
                             Case Manager
                             (810) 341-9764